66 A.3d 762

William LAWSON, Relator/Petitioner

v.

John FISHER, Respondent.

No. 39 EM 2013.

Supreme Court of Pennsylvania.

May 3, 2013.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of May, 2013, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.

66 A.3d 762

Ronald MAYS, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 37 EM 2013.

Supreme Court of Pennsylvania.

May 3, 2013.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of May, 2013, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.